RECEIVED

AUG 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 00-30019-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALFONZO MASON | MAG. JUDGE KAREN L. HAYES |

## ORDER

Having granted Alfonzo Mason *in forma pauperis* status on appeal, the Court hereby assesses appropriate filing fees.

IT IS ORDERED that Mason is assessed an initial partial filing fee of $36.00. The agency having custody of the appellant shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court.

IT IS FURTHER ORDERED that, thereafter, Mason shall pay the balance of the filing fees, $219, in periodic installments. The appellant is required to make payments of 20% of the preceding month's income credited to the appellant's prison account until appellant has paid the total filing fee of $255.00. The agency having custody of the appellant shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2), and forward it to the district court clerk.

MONROE, LOUISIANA, this 19 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE